FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 17 2007 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA,

        -V-

DEIGHTON EDWARDS,

        Defendant.
------------------------------X
JOHN GLEESON, U.S.D.J.

JUDGMENT OF ACQUITTAL

06CR688

    The above captioned case has been tried before the Honorable John Gleeson, United States District Judge, and a Jury, and a verdict has rendered a finding the defendant, __DEIGHTON EDWARDS__ is NOT GUILTY as to count __ONE__ of indictment.

    It is ADJUDGED that the defendant, __DEIGHTON EDWARDS__ is NOT GUILTY of the charges in the indictment herein.

Dated: BROOKLYN, N.Y.
       July 17, 2007

                               s/John Gleeson
                               JOHN GLEESON, U.S.D.J.